# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **VS.** | **NO. 5: 06-MJ-02-02 (CWH)** |
| | **VIOLATIONS: 18 U.S.C. §641** |
| **CYNTHIA DUPREE,** | |
| Defendant | |

## O R D E R

Defendant CYNTHIA DUPREE, having entered pleas of NOT GUILTY to the offenses of THEFT OF GOVERNMENT PROPERTY, 18 U.S.C. §641, alleged to have been committed at Robins Air Force Base, Georgia, and having been found NOT GUILTY by a jury of her peers,

IT IS HEREBY ORDERED that said defendant be, and she is, ACQUITTED and DISCHARGED as to said charges. LET JUDGMENT ENTER ACCORDINGLY.

SO ORDERED AND DIRECTED, this 1st day of November, 2007, *nunc pro tunc* July 11, 2006.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**